# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HEALTHTRIO, INC. | ) | Case No. 09-34404 HRT |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DAVID E. LEWIS, as Chapter 7 Trustee | ) | Adversary No.14-01215 HRT |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| GLENN W. MERRICK, G.W. MERRICK | ) | |
| & ASSOCIATES , LLC, and ASMA GULL | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion to Withdraw the Reference (docket #50) filed February 9, 2015, by Defendants Glenn W. Merrick and G.W. Merrick & Associates, LLC., Plaintiff's Limited Objection (docket #55) filed February 12, 2015, and Defendants' Reply in Support of Motion to Withdraw the Reference (docket #62) filed February 19, 2015.  Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LCivR 84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion to Withdraw the Reference and any relevant documents to the U.S. District Court for further action.

Dated: March 3, 2015                         BY THE COURT:

*Howard Tallman*
United States Bankruptcy Court Judge